UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DYBA,<br><br>       Plaintiff,<br><br>v.<br><br>WALGREENS CO., and DOES 1 - 10,<br><br>       Defendants. | Case No. 2:24-cv-02174-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 13, 2024<br>Trial Date: None<br>District Judge: Hon. Daniel J. Calabretta<br>    Courtroom 10, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>    Courtroom 27, Sacramento |

# ORDER

Pursuant to the Joint Stipulation and Request for Voluntary Dismissal of Entire Action with Prejudice, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear its/his own costs and fees.

IT IS SO ORDERED.

Dated: February 21, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE